1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
8                                   AT SEATTLE

9

10   TIEN SIN JIANG,

11                           Petitioner,                    No. C06-0027Z

12   v.

13   UNITED STATES OF AMERICA,                              ORDER

14                           Respondent.

15
          The Court has considered petitioner's motion for certificate of appealability, docket
16
     no. 21, and hereby GRANTS petitioner's motion for a certificate of appealability on the
17
     following issue:
18
                Whether Mr. Jiang is entitled to habeas relief on the basis that he was denied
19              his Fifth Amendment right to due process and his Sixth Amendment right to
                trial by jury when he was sentenced pursuant to the mandatory guidelines
20              system based upon factual findings that were not made by a jury and not made
                using the standard of proof beyond a reasonable doubt.
21
     Reasonable jurists could debate whether Mr. Jiang was denied his Sixth Amendment right to
22
     trial by jury and his Fifth Amendment right to due process.  The issues presented are
23
     "adequate to deserve encouragement to proceed further."  See Miller-El v. Cockrell, 537 U.S.
24
     322, 336 (2003) (citing 28 U.S.C.A. § 2253).  The Court DENIES petitioner's motion for a
25
     certificate of appealability on the remaining issues presented in his motion, docket no. 21.
26


     ORDER   -1-

1       IT IS SO ORDERED.

2       DATED this 1st day of November, 2006.

3

4       _____
        Thomas S. Zilly
5       United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER   -2-